UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                  Plaintiff,

    -against-

    Timothy J. Rodgers

                  Defendant.

Case No.: 94 MJ 01895 (MRG)

**ORDER OF DISMISSAL**

ORIGINAL

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 21 day of October, 2021
Poughkeepsie, New York